UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MAZZEI, ON BEHALF OF HIMSELF
AND ALL OTHER SIMILARLY SITUATED,

                 Plaintiff,

    - against -

THE MONEY STORE, ET AL.,

                 Defendants.

01 Cv. 5694 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Subject to any other suggestions by the parties, Rules 50 and 59 contemplate that the time for post-trial motions is measured from the entry of judgment. There may well be issues in connection with the entry of judgment, including what, if any, pre-judgment interest should be entered for Mr. Mazzei.

Therefore, the plaintiff should propose a judgment by January 5, 2015, together with any supporting materials. The defendants may submit any counter-judgment and any supporting materials by January 9, 2015. The Court would then rule on any post-judgment motions that are timely-filed following the entry of judgment.

SO ORDERED.

Dated:    New York, New York
             December 22, 2014

                                            John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/23/14