```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-15-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH MAZZEI, ON BEHALF OF HIMSELF
AND ALL OTHER SIMILARLY SITUATED,

        Plaintiff,

  - against -

THE MONEY STORE, ET AL.,

        Defendants.

---

01 Cv. 5694 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties may make any post-trial motions pursuant to Rule 50 or Rule 59 by **January 30, 2015**. Responses to Rule 50 or 59 motions, as well as to the defendants' currently pending decertification motion, are due by **February 20, 2015**. Replies, if any, are due by **March 2, 2015**.

SO ORDERED.

Dated:   New York, New York
       January 15, 2015

                                     /s/ John G. Koeltl
                                       John G. Koeltl
                                   United States District Judge