UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH MAZZEI, INDIVIDUALLY AND ON
BEHALF OF THE FEE-SPLIT CLASS,                    01-cv-5694 (JGK)

                          Plaintiffs,       ORDER

    - against -

THE MONEY STORE, ET AL.,

                          Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants' response to the plaintiffs' motion for reconsideration is due by July 8, 2022. The plaintiffs' reply is due by July 15, 2022.

SO ORDERED.

Dated:    New York, New York
            June 24, 2022

                                              John G. Koeltl
                                       United States District Judge